1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 EASTERN DISTRICT OF CALIFORNIA

10

11 BRINT CLARK,

**Case No.  1:15-cv-00350-JLT (PC)**

12             Plaintiff,

**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER**

13       v.

14 BRAZELTON, et al.,

**(Doc. 14)**

15             Defendants.

**30-DAY DEADLINE**

16

17        Plaintiff, Brint Clark, is proceeding *pro se* and *in forma pauperis* in this civil rights action

18 pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint in this action on March 5, 2015.

19 (Doc. 1.)  On April 16, 2015, an order issued which both screened and dismissed the Complaint

20 and granted Plaintiff leave to file a first amended complaint.  (Doc. 6.)  Despite requesting and

21 receiving three extensions of time to do so, Plaintiff's first amended complaint is now almost two

22 weeks overdue.  (*See* Docs. 8, 10, 11, 12, 13, 14.)

23        The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or

24 of a party to comply with . . . any order of the Court may be grounds for the imposition by the

25 Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110.

26 "District courts have inherent power to control their dockets," and in exercising that power, a

27 court may impose sanctions, including dismissal of an action. *Thompson v. Housing Authority of*

28 *Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice,

1

1    based on a party's failure to prosecute an action or failure to obey a court order, or failure to

2    comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992)

3    (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S.*

4    *Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court

5    order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to

6    prosecute and to comply with local rules).

7        Accordingly, within 30 days Plaintiff is ORDERED to show cause in writing why the

8    action should not be dismissed for his failure comply with the Court's order of July 9, 2015 by

9    filing a first amended complaint; alternatively, within that same deadline, Plaintiff may show

10   cause by filing a first amended complaint. **Plaintiff is warned that failure to respond may**

11   **result in termination of this action.**

12

13   IT IS SO ORDERED.

14      Dated:   **August 26, 2015**                **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28